# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRENNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC and DIRECTV, LLC<br><br>Defendants. | No. 2:24-cv-03019-MWF-MAR<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Joseph Brennan ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), files this stipulation of dismissal with the agreement and signatures of Defendant DIRECTV, LLC ("DIRECTV") and Defendant Credence Resource Management, LLC ("Credence", and together with DIRECTV, "Defendants"). Plaintiff hereby voluntarily dismisses all claims made by Plaintiff against Defendants in the above-captioned matter <u>with prejudice</u> and all claims on behalf of the putative class <u>without prejudice</u>, with each and every party to bear its own fees and costs.

Respectfully Submitted,

Dated: August 23, 2024      PARONICH LAW, P.C.

By: /s/ Anthony Paronich
Anthony Paronich
Attorney for Plaintiff
JOSEPH BRENNAN

Dated: August 23, 2024      MANATT, PHELPS & PHILLIPS, LLP

By: /s/ John W. McGuinness
John W. McGuinness
Attorneys for Defendant
DIRECTV, LLC

Dated: August 23, 2024      SESSIONS, ISRAEL & SHARTLE

By: /s/ Kenneth A. Ohashi
Kenneth A. Ohashi
Attorney for Defendant
CREDENCE RESOURCE MANAGEMENT, LLC

*I, Anthony Paronich, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 23, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *DRAFT*